

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00276-CV

| | | |
|---|---|---|
| WILLIAM BLEVINS, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-259556-12) |
| V. | § | November 15, 2018 |
| | § | Opinion by Justice Kerr |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee | § | Dissent by Justice Birdwell (to follow) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant William Blevins shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr